**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Tina A. Cwynar | | CHAPTER 13 |
|                     Debtor | | |
| The Money Source Inc. | | |
|                     Movant | | |
| vs. | | NO. 19-17630 PMM |
| Tina A. Cwynar | Debtor | |
| Richard Cwynar | Co-Debtor | |
| Scott F. Waterman | Trustee | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay and Co-Debtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the Co-Debtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 559 Azelea Drive, Northampton, PA 18067 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: June 2, 2020**

_Patricia M. Mayer_
United States Bankruptcy Judge.

Tina A. Cwynar
559 Azelea Drive
Northampton, PA 18067

Richard Cwynar
559 Azelea Drive
Northampton, PA 18067


Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532