```
                                United States Bankruptcy Court
                                Eastern District of Pennsylvania
In re:                                                                     Case No. 19-17630-pmm
Tina A. Cwynar                                                             Chapter 13
         Debtor                          CERTIFICATE OF NOTICE

District/off: 0313-4         User: JEGilmore              Page 1 of 2              Date Rcvd: Jun 04, 2020
                             Form ID: pdf900              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2020.
db            +Tina A. Cwynar,    559 Azalea Drive,    Northampton, PA 18067-9505
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14435823      +Auto Equity Loans of DE, LLC,    4723 Kirkwood Hwy.,    Wilmington, DE 19808-5014
14455072      +Commonwealth of Pennsylvania,    Department of Revenue,    c/o Christopher R. Momjian, Esq.,
                1600 Arch Street, Suite 300,    Philadelphia PA 19103-2016
14435828      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14435830      +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
14450523      +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
14435832      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
14463762       The Money Source INC,    C/o Mario J. Hanyon, Esq.,    1617 JFK Boulevard, Suite 1400,
                One Penn Center Plaza,    Philadelphia, PA 19103
14466761      +The Money Source Inc.,    500 South Broad Street Suite 100A,    Meriden, Connecticut 06450-6755
14435833      +The Money Source, Inc.,    c/o Phelan Hallinan LLP,    1617 JFK Boulevard,    Suite 1400,
                Philadelphia, PA 19103-1814
14498417      +The Money Source, Inc.,    C/O Rebecca Solarz, Esquire,    KML Law Group,
                701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 05 2020 03:12:45     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2020 03:12:24
                Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                Harrisburg, PA  17128-0946
14464031      +E-mail/Text: g20956@att.com Jun 05 2020 03:13:01     AT&T Mobility II LLC,
                %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921-2693
14463434      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2020 03:11:05
                Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk VA 23541-1021
14453619       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2020 03:12:24     Commonwealth of Pennsylvania,
                Department of Revenue,    Bureau of Compliance,    P O Box 280946,    Harrisburg, PA 17128-0946
14435825       E-mail/Text: G06041@att.com Jun 05 2020 03:12:44     DirecTV,    PO Box 5007,
                Carol Stream, IL 60197-5007
14435826      +E-mail/Text: bankruptcynotices@dcicollect.com Jun 05 2020 03:13:01     Diversified Consultant,
                P O Box 551268,    Jacksonville, FL 32255-1268
14435827       E-mail/Text: bankruptcynotices@dcicollect.com Jun 05 2020 03:13:01
                Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
14435829       E-mail/Text: Check.bksupport@globalpay.com Jun 05 2020 03:11:27     Global Payments Check,
                Po Box 59371,    Chicago, IL 60659
14435831      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 05 2020 03:12:04     IRS,    PO Box 7346,
                Philadelphia, PA 19101-7346
14452640       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2020 03:12:24
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.  17128-0946
14458959      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 05 2020 03:12:41     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
14435824     ##+Caine & Weiner,    4101 McEwen Road,    Dallas, TX 75244-5109
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-4          User: JEGilmore            Page 2 of 2                  Date Rcvd: Jun 04, 2020
                              Form ID: pdf900            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2020 at the address(es) listed below:
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
               Revenue crmomjian@attorneygeneral.gov
              JEROME B. BLANK    on behalf of Creditor    The Money Source INC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    The Money Source INC paeb@fedphe.com
              PAUL H. YOUNG    on behalf of Debtor Tina A. Cwynar support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Money Source, INC. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Money Source INC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Tina A. Cwynar<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 19-17630-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: June 4, 2020**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE